THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEXANDER GONZALEZ, Also Known as KLITI MOHAMMED, Appellant. [938 NYS2d 426]

The verdict was not against the weight of the evidence (*see People v Bleakley*, 69 NY2d 490 [1987]). There was ample evidence that, at the time and place of the theft (*see* Penal Law § 155.20 [1]), the value of the stolen property exceeded the $3,000 threshold for third-degree grand larceny and criminal possession of stolen property. This included the testimony of a store security guard, and a receipt indicating the price tags on the items (*see People v Irrizari*, 5 NY2d 142 [1959]; *People v McLeod*, 43 AD3d 796 [2007], *lv denied* 9 NY3d 1007 [2007]; *People v Trilli*, 27 AD3d 349 [2006], *lv denied* 6 NY3d 899 [2006]). The possibility that the store might have offered the same merchandise at a lower price on some hypothetical occasion does not warrant a different conclusion.

We perceive no basis for reducing the sentence. Concur—

Mazzarelli, J.P., Saxe, Moskowitz, Freedman and Manzanet-Daniels, JJ.